**Order filed December 4, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00897-CV
_____

**JAMES PATRICK PHILLIPS, Appellant**

**V.**

**STACEY LYNN PHILLIPS, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-20224**

---

## ORDER

This is an appeal from a judgment signed June 22, 2012. Appellant filed a timely motion for new trial. The notice of appeal was due September 20, 2012. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on September 24, 2012, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the

late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal within **12 days** after the date of this order. *See* Tex. R. App. P. 26.3;12.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM